AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __of Tennessee Nashville Division__

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V.

Wal-Mart Stores, Inc., Target Corporation, Kmart Corporation, Amazon.com, Inc., GameStop Corporation, Toyr-R-Us, Inc.,

CASE NUMBER:    3 08 0279

TO: (Name and address of Defendant)

Wal-Mart Stores, Inc.
C T Corporation System
800 S. Gay Street
Suite 2021
Knoxville, TN 37929-9710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

DATE    MAR 17 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __of Tennessee Nashville Division__

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V

Wal-Mart Stores, Inc. Target Corporation, Kmart Corporation, Amazon.com, Inc., GameStop Corporation, Toyr-R-Us, Inc.,

CASE NUMBER: 3 08 0279

TO: (Name and address of Defendant)
Amazon.com., Inc
Corporation Service Company
2908 Poston Avenue
Nasville, TN 37203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

_signature_

(By) DEPUTY CLERK

MAR 17 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _of Tennessee Nashville Division_

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V

Wal-Mart Stores, Inc., Target Corporation, Kmart Corporation, Amazon.com, Inc., GameStop Corporation, Toyr-R-Us, Inc.,

CASE NUMBER: 3 08 0279

TO: (Name and address of Defendant)

GameStop, Inc.
C T Corporation System
800 S Gay Street
Suite 2021
Knoxville, TN 37929-9710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

MAR 17 2008

CLERK _Rm_

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

__Middle__ District of __of Tennessee Nashville Division__

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V

Wal-Mart Stores, Inc. Target Corporation, Kmart
Corporation, Amazon.com, Inc., GameStop
Corporation, Toyr-R-Us, Inc ,

CASE NUMBER: 3 08 0279

TO: (Name and address of Defendant)
Toys-R-Us, Inc.
c/o The Prentice-Hall Corporation System, Inc.
2908 Poston Avenue
Nashville, TN 37203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Douglas R Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

DATE  MAR 17 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__                    District of    __of Tennessee Nashville Division__

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V

Wal-Mart Stores, Inc. Target Corporation, Kmart Corporation, Amazon.com, Inc., GameStop Corporation, Toyr-R-Us, Inc.,

CASE NUMBER: 3 08 0279

TO: (Name and address of Defendant)
K Mart Corporation
C T Coporation System
800 S. Gay Street
Suite 2021
Knoxville, TN 37929-9710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON                    MAR 17 2008

CLERK                                  DATE

_RW_

(By) DEPUTY CLERK