# United States District Court
# Middle District of Tennessee

Joyce A. Brooks
*Docket Clerk*

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-7178 ext. 3238

Web Site: www.tnmd.uscourts.gov

March 21, 2008

Richard Eskew
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

In Re:     Gibson Guitar Corporation v. Wal-Mart Stores, Inc., et al
Case No. 3:08-0279
Judge Wiseman/Magistrate Judge Griffin

Dear Mr. Eskew:

Pursuant to the local rules of court, you must:

\_\_\_\_ Be admitted to practice before this Court, in accord with Local Rule 83.01 (a)-(c), or

✓ File a motion for admission pro hac vice with an attached original certificate of good standing, signed by the Clerk of a U.S. District Court to which you are admitted, in accord with Local Rule 83.01(d), and pay a fee of $75.00 per attorney. Please coordinate your payment with local counsel.

\_\_\_\_ Retain local counsel, in accord with Local Rule 83.01 (h)

Effective July 5, 2005, this Court went live with the Electronic Case Filing system. You should file your motion to appear pro hac vice on paper and pay the required $75.00 per attorney. Once the motion is ruled on, you must register for an ecf login and password. A link to the registration form is available on the website listed above by following the "CM/ECF" link. All filings must be made in accordance with our Administrative Practices and Procedures for Electronic Case Filing, also found at the above-mentioned link.

Please comply with these Local Rule requirements within 20 days. If you have any questions or if we can assist you in any way, please let us know.

Sincerely,

Joyce A. Brooks

cc: Douglas Ray Pierce

Dockets.Justia.com