AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __of Tennessee Nashville Division__

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V.

Wal-Mart Stores, Inc. Target Corporation, Kmart Corporation, Amazon.com, Inc., GameStop Corporation, Toyr-R-Us, Inc.,

CASE NUMBER: **3　08　0279**

TO: (Name and address of Defendant)
K Mart Corporation
C T Coporation System
800 S. Gay Street
Suite 2021
Knoxville, TN 37929-9710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

DATE: MAR 17 2008

**RETURN COPY**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 3/24/08 |
| NAME OF SERVER (PRINT) Heather Bak | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   Certified Mail, Return Receipt

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3/25/08__                    __Heather Bak__
                Date                              Signature of Server

                                            __315 Union St Nashville, TN 37201__
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation Systems
800 S. Gay Street
Ste 2021
Knoxville, TN 37929

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X _Ericka Fry_ ☐ Agent ☐ Addressee

B. Received by (Printed Name) MAR 2 2008  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☒ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from s)  7006 0810 0001 9172 4725

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540