AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _of Tennessee Nashville Division_

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V.

Wal-Mart Stores, Inc. Target Corporation, Kmart Corporation, Amazon.com, Inc., GameStop Corporation, Toyr-R-Us, Inc.,

CASE NUMBER: **3 08 0279**

TO: (Name and address of Defendant)
Wal-Mart Stores, Inc.
C T Corporation System
800 S. Gay Street
Suite 2021
Knoxville, TN 37929-9710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

MAR 17 2008

CLERK _[signature]_     DATE

(By) DEPUTY CLERK

**RETURN COPY**

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 24, 2008 |
| NAME OF SERVER (PRINT) Heather Bak | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail, Return Receipt

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/25/08
Date

Signature of Server: Heather Bak

Address of Server: 315 Union St Nashville, TN 37201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ericka Fry_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) MAR 2 2008  C. Date of Delivery |
| 1. Article Addressed to:<br><br>CT Corporation Systems<br>800 S. Gay Street<br>Ste 2021<br>Knoxville, TN 37929 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number (Transfer from s     7006 0810 0001 9172 4725

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540