# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **GIBSON GUITAR CORPORATION** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No: 3:08-0279** |
| v.  ) | |
| ) | **Jury Demand** |
| **WAL-MART STORES INC., TARGET** ) | |
| **CORPORATION, KMART** ) | **Judge Wiseman** |
| **CORPORATION,** ) | **Magistrate Judge Griffin** |
| **AMAZON.COM, INC., GAMESTOP** ) | |
| **CORPORATION, and TOYS-R-US,** ) | |
| **Inc.,** ) | |
| ) | |
| **Defendants.** ) | |

_____

## MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
_____

Plaintiff Gibson Guitar Corp. respectfully moves that the Case Management Conference currently scheduled for April 28, 2008, be rescheduled to May 12, 2008 at noon, or such other time on that day as the Court deems appropriate. In support of this motion, Gibson Guitar Corp. states that this is a patent infringement case filed a few days before another action Gibson Guitar Corp. filed in this court involving the same patent, *Gibson Guitar Corp. v. Harmonix, et al,* No. 3:08-0294. The Case Management Conference in the *Harmonix* case has been scheduled for May 12, 2008 at 10:30 a.m. Because Gibson Guitar Corp. will have out-of-state counsel (who will soon seek *pro hac vice* admission) appearing for both of these conferences, Gibson Guitar Corp. requests that the Case Management Conference for the above styled case be moved to May 12, 2008 to avoid additional travel expense, and in light of other conflicting obligations that make appearing on April 28, 2008 difficult.

Respectfully submitted,

/s/ Douglas R. Pierce
Douglas R. Pierce, BPR No. 10084
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
(615) 259-3456
Attorney for Gibson Guitar Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of March 2008, a true and correct copy of the foregoing Motion to Reschedule the Case Management Conference was served by first class mail postage prepaid and properly addressed on:

1. Wal-Mart Stores, Inc.
   c/o: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

2. Amazon.com, Inc.
   c/o: Corporation Service Company
   2908 Poston Avenue
   Nashville, TN 37203

3. Toys-R-Us, Inc.
   c/o: The Prentice-hall Corporation System, Inc.
   2908 Poston Avenue
   Nashville, TN 37203

4. GameStop, Inc.
   c/o: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

5. K-Mart Corporation
   c/o: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

        <u>/s/ Douglas R. Pierce</u>
          Douglas R. Pierce