AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __of Tennessee Nashville Division__

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V.

Wal-Mart Stores, Inc., Target Corporation, Kmart Corporation, Amazon.com, Inc., GameStop Corporation, Toyr-R-Us, Inc.,

CASE NUMBER: 3:08-0279

TO: (Name and address of Defendant)

Target Corporation
C T Corporation System
800 S. Gay Street
Suite 2021
Knoxville, TN 37929-9710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

DATE

MAR 2 8 2008