IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION ) | |
| ) | |
| v. ) | No. 3-08-0279 |
| ) | |
| WAL-MART STORES INC.; TARGET ) | |
| CORPORATION; KMART ) | |
| CORPORATION; AMAZON.COM, ) | |
| INC.;   GAMESTOP CORPORATION; ) | |
| and TOYS-R-US, INC. ) | |

O R D E R

The plaintiff's motion to reschedule case management conference (Docket Entry No. 12) is GRANTED.

The initial case management conference, scheduled on April 28, 2008, is RESCHEDULED to **Monday, May 12, 2008, at 12:00 noon**, in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2).  If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery.  See Administrative Order No. 174, entered July 9, 2007.

Counsel shall e-file the proposed order prior to the initial case management conference.

Plaintiff's counsel shall serve a copy of this order on the defendants or their counsel and insure that they are aware of the rescheduled date for the initial case management conference.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge