# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **GIBSON GUITAR CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No: 3:08-0279** |
| **v.** ) | |
| ) | **Jury Demand** |
| **WAL-MART STORES, INC., et al.,** ) | |
| ) | **Judge Wiseman** |
| **Defendants.** ) | **Magistrate Judge Griffin** |
| ) | |
| ) | |
| ) | |
| ) | |

___

## MOTION FOR PERMISSION TO APPEAR AND PARTICIPATE
## PRO HAC VICE
___

Pursuant to Local Rule 83.01(d), Gibson Guitar Corp. through its undersigned counsel, Douglas R. Pierce, a member in good standing of the bar of this Court, respectfully moves for entry of an order admitting Matthew W. Siegal, Richard Eskew, Angie M. Hankins and Jason M. Sobel, *pro hac vice* to appear and participate in the above captioned matter as counsel for Plaintiff Gibson Guitar Corp.

As evidenced by the Certificates of Good Standing attached hereto, these four lawyers are members in good standing of the bar of the United States District Court for the Southern District of New York.

NY 71354636v1

Respectfully submitted,


/s/ Douglas R. Pierce
Douglas R. Pierce, BPR No. 10084
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
(615) 259-3456
Attorney for Gibson Guitar Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of March 2008, a true and correct copy of the foregoing proposed Order was served by U.S. mail postage prepaid and properly addressed on:

1. Wal-Mart Stores, Inc.
   c/o: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

2. Target Corporation
   Registered Agent: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

3. Amazon.com, Inc.
   c/o: Corporation Service Company
   2908 Poston Avenue
   Nashville, TN 37203

4. Toys-R-Us, Inc.
   c/o: The Prentice-hall Corporation Systems, Inc.
   2908 Poston Avenue
   Nashville, TN 37203

5. GameStop, Inc.
   c/o: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

6. K-Mart Corporation
   c/o: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710


/s/ Douglas R. Pierce