# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **GIBSON GUITAR CORPORATION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No: 3:08-0279 |
| v. | ) |
| | ) **Jury Demand** |
| **WAL-MART STORES, INC., et al.,** | ) |
| | ) **Judge Wiseman** |
| **Defendants.** | ) **Magistrate Judge Griffin** |

_____

## ORDER
_____

Upon motions of Plaintiff Gibson Guitar Corp. it is hereby ORDERED that Matthew W. Siegal, Richard Eskew, Angie M. Hankins and Jason M. Sobel be admitted *pro hac vice* to appear and participate in this matter as counsel for this Defendant.

_____
United States District Judge

Approved For Entry:

/s/ Douglas R. Pierce
Douglas R. Pierce, BPR No. 10084
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
(615) 259-3456
Attorney for Gibson Guitar Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of March 2008, a true and correct copy of the foregoing Order was served by U.S. mail postage prepaid and properly addressed on:

1. Wal-Mart Stores, Inc.
   c/o: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

2. Target Corporation
   Registered Agent: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

3. Amazon.com, Inc.
   c/o: Corporation Service Company
   2908 Poston Avenue
   Nashville, TN 37203

4. Toys-R-Us, Inc.
   c/o: The Prentice-hall Corporation Systems, Inc.
   2908 Poston Avenue
   Nashville, TN 37203

5. GameStop, Inc.
   c/o: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

6. K-Mart Corporation
   c/o: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

/s/ Douglas R. Pierce