CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, **J. Michael McMahon**, Clerk of this Court, certify that

_____ANGIE M. HANKINS_____, Bar #_____AH1367_____

was duly admitted to practice in this Court on

_____JUNE 22nd, 1999_____, and is in good standing

as a member of the Bar of this Court.

Dated at    500 Pearl Street
New York, New York    on    MARCH 25th, 2008

J. Michael McMahon    by _____
Clerk                   Deputy Clerk