Gibson Guitar Corporation v. Wal-Mart Stores, Inc. et al　　　　　　　　　　　　　　　　　　　　　　　　Doc. 15 Att. 3

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, J. Michael McMahon, Clerk of this Court, certify that

_____JASON M. SOBEL_____, Bar #_____JS5907_____

was duly admitted to practice in this Court on

____JANUARY 1st, 2005____, and is in good standing

as a member of the Bar of this Court.

Dated at　500 Pearl Street
　　　　　New York, New York　　　on　____MARCH 19th, 2008____

__J. Michael McMahon__　by　_____
　　　Clerk　　　　　　　　　　　　　Deputy Clerk

Dockets.Justia.com