CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, **J. Michael McMahon**, Clerk of this Court, certify that

**MATTHEW W. SIEGAL**, Bar # **MS7467**

was duly admitted to practice in this Court on

**MARCH 15th, 1988**, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street, New York, New York   on   **MARCH 19th, 2008**

J. Michael McMahon, Clerk    by _[signature]_ Deputy Clerk