CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>J. Michael McMahon</u>, Clerk of this Court, certify that

<u>RICHARD ESKEW</u>, Bar # <u>RE8662</u>

was duly admitted to practice in this Court on

<u>MAY 29th, 2001</u>, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street, New York, New York   on   <u>MARCH 19th, 2008</u>

<u>J. Michael McMahon</u>   by   _[signature]_
Clerk                        Deputy Clerk