# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **GIBSON GUITAR CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No: 3:08-0279** |
| **v.** ) | |
| ) | **Jury Demand** |
| **WAL-MART STORES, INC., et al.,** ) | |
| ) | **Judge Wiseman** |
| **Defendants.** ) | **Magistrate Judge Griffin** |
| ) | |
| ) | |
| ) | |
| ) | |

_____

## CORPORATE DISCLOSURE
_____

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Defendant Gibson Guitar Corp., hereby gives notice and discloses the following corporate interests:

1. The parent companies of Gibson Guitar Corp.: None

2. Any publicly held company that owns ten percent (10%) or more of the corporation: None

                                                  Respectfully submitted,

                                                  /s/ Douglas R. Pierce
                                                  Douglas R. Pierce, BPR No. 10084
                                                  KING & BALLOW
                                                  1100 Union Street Plaza
                                                  315 Union Street
                                                  Nashville, Tennessee 37201
                                                  (615) 259-3456
                                                  Attorney for Gibson Guitar Corp.

# CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of March 2008, a true and correct copy of the foregoing Corporate Disclosure was served by U.S. mail postage prepaid and properly addressed on:

1. Wal-Mart Stores, Inc.
   c/o: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

2. Target Corporation
   Registered Agent: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

3. Amazon.com, Inc.
   c/o: Corporation Service Company
   2908 Poston Avenue
   Nashville, TN 37203

4. Toys-R-Us, Inc.
   c/o: The Prentice-hall Corporation System, Inc.
   2908 Poston Avenue
   Nashville, TN 37203

5. GameStop, Inc.
   c/o: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

6. K-Mart Corporation
   c/o: C T Corporation System
   800 S. Gay Street
   Suite 2021
   Knoxville, TN 37929-9710

/s/ Douglas R. Pierce
Douglas R. Pierce