Court Name: U S District Court, MD/TN
Division: 3
Receipt Number: 34675001959
Cashier ID: ehawkins
Transaction Date: 04/01/2008
Payer Name: KING AND BALLOW
-----------------------------------
PRO HOC VICE
 For: MATTHEW SIEGAL
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
PRO HOC VICE
 For: RICHARD ESKEW
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
PRO HOC VICE
 For: ANGIE HANKINS
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
PRO HOC VICE
 For: JASON M SOBEL
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
-----------------------------------
CHECK
 Check/Money Order Num: 87179
 Amt Tendered:  $300.00
-----------------------------------
Total Due:       $300.00
Total Tendered: $300.00
Change Amt:       $0.00

3:08-0279