AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of of Tennessee Nashville Division

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V.

Wal-Mart Stores, Inc. Target Corporation,
Kmart Corporation, Sears, Roebuck & Co.,
Amazon.com, Inc., GameStop Corp.,
Toys-R-us, Inc., Harmonix Music Systems, Inc.,
MTV (a division of Viacom International, Inc.),
and Electronic Arts, Inc.,

CASE NUMBER: 3:08-0279

TO: (Name and address of Defendant)

Sears, Roebuck and Co.
C T Corporation System
800 S. Gay Street
Suite 2021
Knoxville, TN 37929-9710

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

APR - 4 2008

CLERK

DATE

(By) DEPUTY CLERK

**RETURN COPY**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 9, 2008 |
| NAME OF SERVER (PRINT) Heather Rack | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Return reciept, Certified mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/10/08
            Date

Signature of Server

315 Union St. Ste 1100 Nashville, TN 37021
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — NASHVILLE TN ARCADE STA APR 04 2008 USPS - 37219

Sent To: CT Corporation
Street, Apt. No.; or PO Box No.: 800 S. Gay St
City, State, ZIP+4: Knoxville, TN 37201

PS Form 3800, June 2002 — See Reverse for Instructions

7006 0810 0001 9164 9042

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sears, Roebuck + Co
   CT Corporation
   800 S. Gay Street
   Ste 2021
   Knoxville, TN 37201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ericka Fry* ☐ Agent ☐ Addressee

B. Received by (Printed Name): APR 09 2008
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☒ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0001 9164 9042

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540