AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __of Tennessee Nashville Division__

Gibson Guitar Corporation

V.

Wal-Mart Stores, Inc. Target Corporation,
Kmart Corporation, Sears, Roebuck & Co.,
Amazon.com, Inc., GameStop Corp.,
Toys-R-us, Inc., Harmonix Music Systems, Inc.,
MTV (a division of Viacom International, Inc.),
and Electronic Arts, Inc.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:08-0279

TO: (Name and address of Defendant)
MTV Networks
(a division of Viacom Internation, Inc.)
1515 braodway
New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

APR - 4 2008

DATE

**RETURN COPY**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE April 7, 2008 ||
| NAME OF SERVER (PRINT) Hami Torres | TITLE Process Server ||

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☒ Returned unexecuted:

See attached

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     See attached.
                Date                              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Form 27 - GENERAL PURPOSE

**STROOCK STROOCK & LAVAN ESQS**
**ATTN:**
US.DIST.MIDDLE TENNESSSEE NASHVILLE DIV. COURT      COUNTY

---

GIBSON GUITAR CORPORATION             plaintiff

  - against -

WAL-MART STORES, INC, ETAL            defendant

---

Index No. 3:08-0279

Date Filed .............

Office No. 001701-0900

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**HARRY TORRES**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **7th day of April, 2008** at **01:28 PM.**,                    at
   **1515 BROADWAY 35TH FL**
   **NEW YORK, NY 10036**
I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **MTV NETWORKS ( A DIVISION OF VIACOM INTERNATIONAL, INC.)**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
   **MADELINE LANZOT, HUMAN RESOURCES CLERK & MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **FEMALE**       COLOR: **TAN**       HAIR: **BROWN**
   APP. AGE: **50**      APP. HT: **5:4**     APP. WT: **140**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
9th day of April, 2008tm

BRETT GOLUB
Notary Public, State of New York
   No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

.................................
HARRY TORRES  0915757
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7SS&L121734