Gibson Guitar Corporation v. Wal-Mart Stores, Inc. et al — Doc. 23

◊AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __of Tennessee Nashville Division__

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V.

Wal-Mart Stores, Inc. Target Corporation, Kmart Corporation, Sears, Roebuck & Co., Amazon.com, Inc., GameStop Corp., Toys-R-us, Inc., Harmonix Music Systems, Inc., MTV (a division of Viacom International, Inc.), and Electronic Arts, Inc.,

CASE NUMBER: 3:08-0279

TO: (Name and address of Defendant)

Harmonix Music Systems, Inc.
625 Massachusetts Avenue
Cambridge, MA 02139

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

APR - 4 2008

CLERK *[signature]*    DATE

(By) DEPUTY CLERK

**RETURN COPY**

Dockets.Justia.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-11-08 |
| NAME OF SERVER (PRINT) BOB GORCZYCA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: MANAGER OF STORE

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00  60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-11-08          Robert Hoyyca
         Date                 Signature of Server

         14 JUNIPER LANE FRAMINGHAM MA
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.