IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GIBSON GUITAR CORPORATION )
)
v. ) No. 3-08-0279
)
WAL-MART STORES INC.; TARGET )
CORPORATION; KMART )
CORPORATION; SEARS, ROEBUCK & )
CO.; AMAZON.COM,INC.; )
GAMESTOP CORPORATION; )
TOYS-R-US, INC.; HARMONIX )
MUSIC SYSTEMS, INC., MTV; and )
ELECTRONIC ARTS, INC. )

O R D E R

The plaintiff's motion for permission to appear and participate pro hac vice (Docket Entry No. 15) is GRANTED.

Matthew W. Siegal, Richard Eskew, Angie M. Hankins, and Jason M. Sobel shall be permitted to practice in this case on behalf of the plaintiff.

The order entered March 31, 2008 (Docket Entry No. 14) remains in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge