**CT** CORPORATION

April 15, 2008

Douglas R. Pierce
King & Ballow
1100 Union Street Plaza,
315 Union Street,
Nashville, TN 37201

Re: Gibson Guitar Corp., Pltf. vs. Wal-Mart Stores, Inc., et al. including Amazon.com, Dfts.

Case No. 3080279

Dear Sir/Madam:

We are herewith returning the Amended Complaint, Demand, Certificate of Service, Exhibits which we received regarding the above captioned matter.

Amazon.com is not listed on our records or on the records of the State of TN.

Very truly yours,

Becky Carter

Log# 513315695

cc: US District Court Middle District of Tennessee
    801 Broadway,
    Nashville, TN 37203

800 South Gay Street, Suite 2021
Knoxville, TN 37929-9710

A WoltersKluwer Company

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Gibson Guitar Corp., <br><br> Plaintiff, <br><br> v. <br><br> Wal-Mart Stores Inc., Target Corporation, Kmart Corporation, Sears, Roebuck & Co., Amazon.com, Inc., GameStop Corp., Toys-R-Us, Inc., Harmonix Music Systems, Inc., MTV (a division of Viacom International, Inc.), and Electronic Arts, Inc., <br><br> Defendants. | Civil Action No. 3:08-0279 <br><br> Judge Wiseman <br> Magistrate Judge Griffin |

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Gibson Guitar Corp., complaining of the Defendants herein, demands a jury trial and alleges as follows:

### THE PARTIES

1. Plaintiff, Gibson Guitar Corp. ("Gibson" or "Plaintiff"), is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 309 Plus Park Boulevard, Nashville, TN 37217.

2. Upon information and belief, Defendant Wal-Mart Stores Inc. ("Wal-Mart") is a corporation organized under the laws of the State of Delaware, having its principal place of business at 702 SW Eighth Street, Bentonville, Arkansas 72716.