# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **Gibson Guitar Corporation** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 3:08-0279 |
| **Wal-Mart Stores Inc., Target Corporation,** ) | |
| **Kmart Corporation, Sears Roebuck & Co.,** ) | **Judge Wiseman** |
| **Amazon.com, Inc., GameStop Corporation,** ) | |
| **Toys-R-Us, Inc., Harmonix Music Systems,** ) | **Magistrate Judge Griffin** |
| **Inc., MTV (a division of Viacom** ) | |
| **International, Inc.), and Electronic Arts,** ) | |
| **Inc.** ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER EXTENDING TIME WITHIN WHICH DEFENDANTS HAVE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

All parties being in agreement, it is stipulated that all Defendants will have through and including May 14, 2008 within which to respond to the Amended Complaint filed in this action.

It is so ORDERED this the _____ day of April, 2008.

_____
U.S District Court Judge Thomas Wiseman

1816899 v1
109553-001  4/21/2008

APPROVED FOR ENTRY

BOULT, CUMMINGS, CONNERS & BERRY, PLC

s/Samuel D. Lipshie
Samuel D. Lipshie (No. 9538)
Thor Y. Urness (No. 13641)
Jonathan D. Rose (No. 20967)
BOULT CUMMINGS CONNERS BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2332

***Counsel for Defendants, Wal-Mart Stores Inc., Sears Roebuck & Co., Target Corporation, Kmart Corporation, Amazon.com, Inc., GameStop Corporation, Toys-R-Us, Inc.***

KING & BALLOW

s/ Douglas R. Pierce (by Sam Lipshie w/express permission)
Douglas R. Pierce (No. 10084)
King & Ballow
315 Union Street, Suite 1100
Nashville, TN 37210
(615) 259-3456

Matthew W. Siegal
Richard Eskew
Jason M. Sobel
Stroock & Stroock & Lavan LLP
180 Maden Lane
New York, NY 10038-4982
(212) 806-5400

***Counsel for Plaintiff, Gibson Guitar Corporation***

NEAL & HARWELL

<u>  s/ William Taylor Ramsey (by Sam Lipshie w/express  </u>
William Taylor Ramsey (No. 9245)          permission)
Aubrey B. Harwell, III (No. 17394)
Neal & Harwell
150 Fourth Avenue, North
2000 First Union Tower
Nashville, TN  37210=9-2498
(615) 244-1713

Mark A. Samuels
Robert M. Schwartz
William J. Charron
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071-2899
(213) 430-6000

***Counsel for Defendants Harmonix Music Systems, Inc., Viacom International Inc., MTV (a division of Viacom International, Inc.), and Electronic Arts, Inc.***