IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GIBSON GUITAR CORPORATION )
)
v. ) No. 3-08-0279
)
WAL-MART STORES INC.; TARGET )
CORPORATION; KMART )
CORPORATION; SEARS, ROEBUCK & )
CO.; AMAZON.COM,INC.; )
GAMESTOP CORPORATION; )
TOYS-R-US, INC.; HARMONIX )
MUSIC SYSTEMS, INC., MTV; and )
ELECTRONIC ARTS, INC. )

O R D E R

On April 21, 2008, the parties filed a stipulation and order extending time within which defendants have to respond to plaintiff's amended complaint (Docket Entry No. 26).

The Court deems the stipulation to be a joint motion for extension of time and, as such, it is GRANTED.

The time for the defendants to file a response to the amended complaint (Docket Entry No. 19) is extended to May 14, 2008.

The Court notes that, upon plaintiff's motion and by order entered March 31, 2008 (Docket Entry No. 14), the initial case management conference was rescheduled to May 12, 2008, two days before the deadline for filing responses to the amended complaint.

However, unless otherwise modified, the March 31, 2008, order remains in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge