AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__   District of   __of Tennessee Nashville Division__

Gibson Guitar Corporation

**SUMMONS IN A CIVIL ACTION**

V.

Wal-Mart Stores, Inc. Target Corporation,
Kmart Corporation, Sears, Roebuck & Co.,
Amazon.com, Inc., GameStop Corp.,
Toys-R-us, Inc., Harmonix Music Systems, Inc.,
MTV (a division of Viacom International, Inc.),
and Electronic Arts, Inc.,

CASE NUMBER:   3:08-0279

TO: (Name and address of Defendant)

Electronic Arts, Inc.
209 Redwood Shores Parkway
Redwood City, CA 94065

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas R. Pierce
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH THROCKMORTON**                           APR - 4 2008

CLERK   /s/ E. Hawkins                           DATE

(By) DEPUTY CLERK

**RETURN COPY**

APR 2 1 2008

▲O 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/10/08 | |
| NAME OF SERVER *(PRINT)* TODD BRENNECK | TITLE PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
207 REDWOOD SHORES PARKWAY, REDWOOD CITY, CA 94065

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):   SERVED LUCAS HUIZAR, LEGAL COUNSEL @ 2:50 P.M.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/15/08
                Date                                    Signature of Server

210 FELL ST.
SAN FRANCISCO, CA 94102
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.