# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES INC., TARGET CORPORATION, KMART CORPORATION, SEARS ROEBUCK & CO., AMAZON.COM, INC., GAMESTOP CORP., TOYS-R-US, INC., HARMONIX MUSIC SYSTEMS, INC., MTV (a division of Viacom International, Inc.), and ELECTRONIC ARTS, INC.,<br><br>　　　　　　Defendants. | **Civil Action No. 3:08-0279**<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>Juliet Griffin<br><br>**Jury Demand** |

## NOTICE OF APPEARANCE

Pursuant to the provisions of Local Rule 83.01(f)(1), Neal & Harwell, PLC, William T. Ramsey, and Aubrey B. Harwell, III hereby give notice of their appearance as counsel of record for Defendants Harmonix Music Systems, Inc., Viacom International, Inc. (erroneously named herein as "MTV"), and Electronic Arts, Inc.

Dated: April 24, 2008    Respectfully submitted,


By: /s/ Aubrey B. Harwell, III
    Aubrey B. Harwell, III

WILLIAM T. RAMSEY
AUBREY B. HARWELL, III
NEAL & HARWELL, PLC
Suite 2000, One Nashville Place
150 4th Avenue North
Nashville, TN 37219-2498
Telephone: (615) 244-1713
Facsimile: (615) 726-0573

Attorneys for Defendants Harmonix Music Systems, Inc., Viacom International Inc. (erroneously named herein as "MTV"), and Electronic Arts, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April 2008, I caused a true and correct copy of the foregoing:

**NOTICE OF APPEARANCE**

to be served via the Court's electronic filing system upon the following counsel of record:

Samuel D. Lipshie
Thor Y. Urness
Jonathan D. Rose
BOULT CUMMINGS CONNERS BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
Telephone: (615) 252-2332
*Counsel for Defendants Wal-Mart Stores Inc., Sears Roebuck & Co., Target Corporation, Kmart Corporation, Amazon.com, Inc., GameStop Corporation, Toys-R-Us, Inc.*

Douglas R. Pierce, Esq.
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 259-3456
Facsimile: (615) 726-5419

Matthew W. Siegal, Esq.
Richard Eskew, Esq.
Jason M. Sobel, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
*Counsel for Plaintiff Gibson Guitar Corporation*

          /s/ Aubrey B. Harwell, III
          Aubrey B. Harwell, III