# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>WAL-MART STORES INC., TARGET CORPORATION, KMART CORPORATION, SEARS, ROEBUCK & CO., AMAZON.COM, INC., GAMESTOP CORP., TOYS-R-US, INC., HARMONIX MUSIC SYSTEMS, INC., MTV (a division of Viacom International Inc.), and ELECTRONIC ARTS INC.,<br><br>               Defendants. | Civil Action No. 3:08-0279<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>Juliet Griffin<br><br>**Jury Demand**<br><br>**MOTION OF DEFENDANTS HARMONIX MUSIC SYSTEMS, INC., VIACOM INTERNATIONAL INC. (ERRONEOUSLY NAMED IN THE COMPLAINT AS "MTV"), AND ELECTRONIC ARTS INC. FOR PERMISSION TO APPEAR AND PARTICIPATE PRO HAC VICE** |

      The undersigned counsel, Aubrey B. Harwell, III, a member in good standing of the bar of this Court, hereby moves for an Order pursuant to Local Rule 83.01(d) granting the admission of Mark A. Samuels, Robert M. Schwartz, and William J. Charron *pro hac*

*vice* to appear and participate in the above-captioned matter as counsel for Defendants Harmonix Music Systems, Inc., Viacom International Inc., and Electronic Arts Inc.

These three lawyers are members in good standing of the bar of the United States District Court for the Central District of California, as evidenced by the original certificates of good standing submitted contemporaneously herewith.

A proposed Order is submitted with this Motion.

Dated: April 25, 2008					Respectfully submitted,


							By: /s/ Aubrey B. Harwell, III
							      Aubrey B. Harwell, III


							WILLIAM T. RAMSEY
							AUBREY B. HARWELL, III
							NEAL & HARWELL, PLC
							Suite 2000, One Nashville Place
							150 4th Avenue North
							Nashville, TN  37219-2498
							Telephone:   (615) 244-1713
							Facsimile:     (615) 726-0573

							Attorneys for Defendants Harmonix Music Systems, Inc., Viacom International Inc. (erroneously named in the Complaint as "MTV"), and Electronic Arts Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2008, I caused a true and correct copy of the foregoing:

**MOTION OF DEFENDANTS HARMONIX MUSIC SYSTEMS, INC., VIACOM INTERNATIONAL INC. (ERRONEOUSLY NAMED IN THE COMPLAINT AS "MTV"), AND ELECTRONIC ARTS INC. FOR PERMISSION TO APPEAR AND PARTICIPATE PRO HAC VICE**

to be served via the Court's electronic filing system upon the following counsel of record:

Samuel D. Lipshie
Thor Y. Urness
Jonathan D. Rose
BOULT CUMMINGS CONNERS BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
Telephone: (615) 252-2332
Counsel for Defendants Wal-Mart Stores Inc., Sears Roebuck & Co., Target Corporation, Kmart Corporation, Amazon.com, Inc., GameStop Corporation, and Toys-R-Us, Inc.

Douglas R. Pierce, Esq.
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 259-3456
Facsimile: (615) 726-5419

Matthew W. Siegal, Esq.
Richard Eskew, Esq.
Jason M. Sobel, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Counsel for Plaintiff Gibson Guitar Corporation

/s/ Aubrey B. Harwell, III
Aubrey B. Harwell, III