Gibson Guitar Corporation v. Wal-Mart Stores, Inc. et al    Doc. 32

# United States District Court

Central District of California

**CERTIFICATE OF
GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Robert M. Schwartz, Bar No. 117166

was duly admitted to practice in this Court on   December 2, 1984

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on April 3, 2008
   *DATE*



SHERRI R. CARTER, CLERK

By   Brenda J. Brannon
Brenda Brannon, Deputy Clerk

G-52 (2/99)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

Dockets.Justia.com