**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **Gibson Guitar Corporation** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **No. 3:08-0279** |
| **Wal-Mart Stores Inc., Target Corporation,** ) | |
| **Kmart Corporation, Sears Roebuck & Co.,** ) | **Judge Wiseman** |
| **Amazon.com, Inc., GameStop Corporation,** ) | |
| **Toys-R-Us, Inc., Harmonix Music Systems,** ) | **Magistrate Judge Griffin** |
| **Inc., MTV (a division of Viacom** ) | |
| **International, Inc.), and Electronic Arts,** ) | |
| **Inc.** ) | |
| ) | |
|     **Defendants.** ) | |

<u>**ENTRY OF APPEARANCE**</u>

Please take notice that Samuel D. Lipshie, Thor Y. Urness and Jonathan D. Rose, of the

law firm of Boult, Cummings, Conners & Berry, PLC, 1600 Division Street, Suite 700, P. O.

Box 340025, Nashville, Tennessee 37203, hereby make an appearance as counsel for Defendants

Wal-Mart Stores Inc., Target Corporation, Kmart Corporation, Sears Roebuck & Co.,

Amazon.com, Inc., GameStop Corporation and Toys-R-Us, Inc.

Respectfully submitted,


s/Samuel D. Lipshie
Samuel D. Lipshie (No. 9538)
Thor Y. Urness (No. 13641)
Jonathan D. Rose (No. 20967)
BOULT CUMMINGS CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2332

Of Counsel:

Edward J. DeFranco (eddefranco@quinnemanuel.com)
James M. Glass (jimglass@quinnemanuel.com)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 443-7100

Harry A. Olivar, Jr. (harryolivar@quinnemanuel.com)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for Defendants, Wal-Mart Stores Inc., Target Corporation, Kmart Corporation, Sears Roebuck & Co., Amazon.com, Inc., GameStop Corporation, Toys-R-Us, Inc.*

1813626 v1
109553-001  5/1/2008

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a true and correct copy of the foregoing is being filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Douglas R. Pierce
King & Ballow
315 Union Street, Suite 1100
Nashville, TN  37210

Matthew W. Siegal
Richard Eskew
Jason M. Sobel
Stroock & Stroock & Lavan LLP
180 Maden Lane
New York, NY  10038-4982

William Taylor Ramsey
Aubrey B. Harwell, III
Neal & Harwell
150 Fourth Avenue, North
2000 First Union Tower
Nashville, TN  37210-2498

Mark A. Samuels
Robert M. Schwartz
William J. Charron
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071-2899


on this the 1st day of May, 2008.

                              s/Samuel D. Lipshie
                              Samuel D. Lipshie