# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **Gibson Guitar Corporation,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) NO. 3:08-00279 |
| | ) |
| | ) JURY DEMAND |
| **Wal-Mart Stores, Inc., Target Corporation,** | ) |
| **Kmart Corporation, Sears, Roebuck & Co.,** | ) Judge Wiseman |
| **Amazon.com, Inc., GameStop Corporation,** | ) |
| **Toys-R-Us, Inc., Harmonix Music Systems,** | ) Magistrate Judge Griffin |
| **Inc. MTV (a division of Viacom** | ) |
| **International, Inc.), and Electronic Arts,** | ) |
| **Inc.** | ) |
| | ) |
| **Defendants.** | |

## PROPOSED ORDER

This matter is before the Court on the Motion of Defendants Wal-Mart Stores, Inc., Target Corporation, Kmart Corporation, Sears, Roebuck & Co., Amazon.com, Inc., GameStop Corporation, and Toys-R-Us, Inc. for Leave to File Under Seal. Upon reviewing the documents filed in support of this motion, the Court finds that the Defendants Motion for Leave to File Under Seal is well-taken and should be granted. Accordingly, it is

**ORDERED** that Defendants Motion for Leave to File Under Seal is hereby **GRANTED** and Defendants' Joint Motion to Dismiss or, in the Alternative, to Stay This Action in Favor of a First-Filed Action in the Central District of California, along with the supporting Memorandum of Law and Declarations Gregory Deutsch, James M. Glass, Kai Huang and Mary A. Tuck are deemed filed as of May 1, 2008.

IT IS SO ORDERED this 2nd day of May, 2008.

_____
JUDGE