```
Court Name: U S District Court, MD/TN
Division: 3
Receipt Number: 34675002383
Cashier ID: rmillike
Transaction Date: 05/02/2008
Payer Name: NEAL HARWELL PLC
-----------------------------------------
PRO HOC VICE
 For: MARK A SAMUELS
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
PRO HOC VICE
 For: ROBERT M SCHWARTZ
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
PRO HOC VICE
 For: WILLIAM J CHARRON
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
-----------------------------------------
CHECK
 Remitter: NEAL HARWELL PLC
 Check/Money Order Num: 97243
 Amt Tendered: $225.00
-----------------------------------------
Total Due:     $225.00
Total Tendered: $225.00
Change Amt:    $0.00

NEAL & HARWELL, PLC/PHV FEES FOR
MARK A. SAMUELS, ROBERT M SCHWARTZ
& WILLIAM J CHARRON/3:08-0279/CK#
97243
```