IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GIBSON GUITAR CORPORATION )
)
v. ) No. 3-08-0279
)
WAL-MART STORES INC.; TARGET )
CORPORATION; KMART )
CORPORATION; SEARS, ROEBUCK & )
CO.; AMAZON.COM,INC.; )
GAMESTOP CORPORATION; )
TOYS-R-US, INC.; HARMONIX )
MUSIC SYSTEMS, INC.; MTV; and )
ELECTRONIC ARTS, INC. )

O R D E R

The motion of defendants Harmonix Music Systems, Inc., MTV, and Electronic Arts Inc. for Mark A. Samuels, Robert M. Schwartz, and William J. Charron to appear pro hac vice (Docket Entry No. 30) is GRANTED.

The Clerk is directed to enter Mark A. Samuels, Robert M. Schwartz, and William J. Charron as counsel for defendants Harmonix Music Systems, Inc., MTV, and Electronic Arts Inc. at O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, CA 90071-2899 (telephone 213-430-6000).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge