# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., GAMESTOP CORPORATION, TOYS-R-US INC., WAL-MART STORES, INC., TARGET CORPORATION, AND KMART CORPORATION, SEARS ROEBUCK & CO, HARMONIX MUSIC SYSTEMS, INC., MTV NETWORKS, and ELECTRONIC ARTS INC.,<br><br>            Defendants. | **Civil Action No. 3:08-0279**<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>Juliet Griffin |

### DECLARATION OF MARK A. SAMUELS
### IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT
### AS TO THE VIACOM DEFENDANTS

I, MARK A. SAMUELS, declare and state:

1. I am an attorney licensed to practice law in the State of California, and am a member of the law firm of O'Melveny & Myers LLP, counsel of record for defendants Harmonix Music Systems, Inc., Viacom International Inc. (erroneously named herein as "MTV Networks"), and Electronic Arts, Inc. ("EA") (collectively, the "Viacom Defendants"). I make this Declaration in support of the Viacom Defendants' Motion to Dismiss Amended Complaint as to the Viacom Defendants. I have personal knowledge of the facts stated herein and, if called as a witness, would competently testify thereto.

2. Plaintiff Gibson Guitar Corporation ("Gibson") has filed identical claims against the Viacom Defendants in two lawsuits pending in this Court: This action, and the action styled *Gibson Guitar Corp. v. Harmonix Music Systems, Inc., et al.*, Civil Action No. 3:08-0294 ("the Standalone Action"). Answers to the complaint in the Standalone Action were filed on behalf of the Viacom Defendants on April 14 and 20, 2008. These Answers were filed when Gibson failed to dismiss the Standalone Action as it had previously suggested it might do.

3. On May 1, 2008, I sent an email to Gibson's counsel, Matthew Siegel, pointing out that the claims against the Viacom Defendants were duplicative of Gibson's claims against them in the Standalone Action, and I asked Mr. Siegal to dismiss Gibson's claims against the Viacom Defendants on that basis. Mr. Siegel declined, stating that "we [Gibson] are not 'dismissing' anything or giving up any of our rights." Attached

1

hereto as Exhibit A is a true and correct copy of the email exchange between me and Mr. Siegel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of May, 2008, at Los Angeles, California.

_____
Mark A. Samuels

LA2:860214.1

2