# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC., GAMESTOP CORPORATION, TOYS-R-US INC., WAL-MART STORES, INC., TARGET CORPORATION, AND KMART CORPORATION, SEARS ROEBUCK & CO, HARMONIX MUSIC SYSTEMS, INC., MTV, and ELECTRONIC ARTS INC.,<br><br>        Defendants. | Civil Action No. 3:08-0279<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>Juliet Griffin<br><br>**Jury Demand** |

**MOTION FOR HEARING ON THE VIACOM DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT AS TO THE VIACOM DEFENDANTS**

Defendants Harmonix Music Systems, Inc., Viacom International Inc. (erroneously named in the Complaint as "MTV Networks"), and Electronic Arts Inc. (collectively, "Viacom Defendants") respectfully request the Court set a hearing on the contemporaneously filed Motion to Dismiss Amended Complaint as to the Viacom Defendants.

Plaintiff Gibson Guitar Corporation has filed two lawsuits in this Court, each of them alleging infringement of the same patent by the Viacom Defendants. Despite the Viacom Defendants' repeated requests to Gibson to dismiss them from one of the suits, Gibson insists on pursuing identical claims against them in both actions at the same time. This Court has the inherent power to put an end to such impropriety, both to protect defendants from vexatious, cumulative and expensive litigation, and to promote judicial economy and the efficient disposition of cases. Through their Motion to Dismiss, the Viacom Defendants have requested the Court dismiss the claims against them in this suit.

Because of the significance of the relief the Viacom Defendants are requesting, it is imperative that counsel have the opportunity to fully articulate their positions and respond to the Court's concerns with respect to dismissing the Viacom Defendants from this suit. Thus, Defendants respectfully request the Court set a hearing on the Viacom Defendants' Motion to Dismiss.

Dated: May 6, 2008                    Respectfully submitted,


                                      By: /s/ Aubrey B. Harwell, III
                                          Aubrey B. Harwell, III


                                      WILLIAM T. RAMSEY, No. 9245
                                      AUBREY B. HARWELL, III, No. 17394
                                      NEAL & HARWELL, PLC
                                      Suite 2000, One Nashville Place
                                      150 4th Avenue North
                                      Nashville, TN  37219-2498
                                      Telephone:   (615) 244-1713
                                      Facsimile:    (615) 726-0573

                                      MARK A. SAMUELS (*pro hac vice*)
                                      ROBERT M. SCHWARTZ (*pro hac vice*)
                                      WILLIAM J. CHARRON (*pro hac vice*)
                                      O'MELVENY & MYERS LLP
                                      400 South Hope Street
                                      Los Angeles, CA  90071-2899
                                      Telephone:   (213) 430-6000
                                      Facsimile:    (213) 430-6407

                                      Attorneys for Defendants Harmonix Music
                                      Systems, Inc., Viacom International Inc.
                                      (erroneously named in the Complaint as
                                      "MTV Networks"), and Electronic Arts
                                      Inc.



LA2:860359.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May 2008, I caused a true and correct copy of the foregoing:

**MOTION FOR HEARING ON THE VIACOM DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT AS TO THE VIACOM DEFENDANTS**

to be served via hand delivery and via the Court's electronic filing system upon the following counsel of record:

Douglas R. Pierce, Esq.
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 259-3456
Facsimile: (615) 726-5419

and to be served via the Court's electronic filing system upon the following counsel of record:

Samuel D. Lipshie
Thor Y. Urness
Jonathan D. Rose
BOULT CUMMINGS CONNERS BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
Telephone: (615) 252-2332
Counsel for Defendants Wal-Mart Stores Inc., Sears Roebuck & Co., Target Corporation, Kmart Corporation, Amazon.com, Inc., GameStop Corporation, and Toys-R-Us, Inc.

Matthew W. Siegal, Esq.
Richard Eskew, Esq.
Jason M. Sobel, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Counsel for Plaintiff Gibson Guitar Corporation

                                               /s/ Aubrey B. Harwell, III
                                                  Aubrey B. Harwell, III