# EXHIBIT C



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - June 30, 2007

1. Total requests filed since start of ex parte reexam on 07/01/81 .................... 8732[1]

   | | | | |
   |---|---|---|---|
   | a. | By patent owner | 3446 | 39% |
   | b. | By other member of public | 5121 | 59% |
   | c. | By order of Commissioner | 165 | 2% |

2. Number of filings by discipline

   | | | | |
   |---|---|---|---|
   | a. | Chemical Operation | 2634 | 30% |
   | b. | Electrical Operation | 2890 | 33% |
   | c. | Mechanical Operation | 3208 | 37% |

3. Annual Ex Parte Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
   | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
   | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 477 |
   | 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
   | 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
   | 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
   | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
   | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation ................................ 2145   25%

5. Determinations on requests ....................................... 8373

   a. No. granted ....................................... 7662 ......... 92%

   | | | |
   |---|---|---|
   | (1) | By examiner | 7551 |
   | (2) | By Director (on petition) | 111 |

   b. No. denied ....................................... 711 .......... 8%

   | | | |
   |---|---|---|
   | (1) | By examiner | 676 |
   | (2) | Order vacated | 35 |

---

[1]Of the requests received through June 30, 2007, 28 requests have not yet been accorded a filing date, and preprocessing of 25 requests was terminated, for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6. Total examiner denials (includes denials reversed by Director) .................... 787

   a. Patent owner requester         442    56%
   b. Third party requester          345    44%

7. Overall reexamination pendency (Filing date to certificate issue date)

   a. Average pendency               23.4 (mos.)
   b. Median pendency                18.2 (mos.)

8. Reexam certificate claim analysis:

   |   | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
   |---|---|---|---|---|
   | a. All claims confirmed | 23% | 29% | 13% | 26% |
   | b. All claims cancelled | 7% | 12% | 21% | 10% |
   | c. Claims changes | 70% | 59% | 66% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present) ................ 5795

   a. Certificates with all claims confirmed       1513    26%
   b. Certificates with all claims canceled         596    10%
   c. Certificates with claims changes             3686    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates - PATENT OWNER REQUESTER ........................ 2503

       (1) All claims confirmed     578    23%
       (2) All claims canceled      181     7%
       (3) Claim changes           1744    70%

    b. Certificates - 3rd PARTY REQUESTER ............................ 3149

       (1) All claims confirmed     917    29%
       (2) All claims canceled      385    12%
       (3) Claim changes           1847    59%

    c. Certificates - COMM'R INITIATED REEXAM ........................ 143

       (1) All claims confirmed      18    13%
       (2) All claims canceled       30    21%
       (3) Claim changes             95    66%