# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>              Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC., TARGET CORPORATION, KMART CORPORATION, SEARS ROEBUCK & CO., AMAZON.COM, INC., GAMESTOP CORP., TOYS-R-US, INC., HARMONIX MUSIC SYSTEMS, INC., MTV (a division of Viacom International, Inc.), and ELECTRONIC ARTS, INC.,<br><br>              Defendants. | **Civil Action No. 3:08-0279**<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>Juliet Griffin<br><br>**Jury Demand** |

## NOTICE OF CONFERENCE CALL INFORMATION

**PLEASE TAKE NOTICE** that Defendants Harmonix Music Systems, Inc., Viacom International Inc. (erroneously named herein as "MTV Networks"), and Electronic Arts Inc. hereby provide the telephone number and passcode for the telephone conference call scheduled for May 12, 2008, at 12:00 p.m. (CST), pursuant to Magistrate Judge Griffin's Order of May 1, 2008 (D.E. 45).

    The telephone number to call into the conference call is 1-800-304-8043.

    The passcode to join the conference call is 259922.

Dated: May 9, 2008				Respectfully submitted,


					By: /s/ Aubrey B. Harwell, III
						Aubrey B. Harwell, III

					WILLIAM T. RAMSEY
					AUBREY B. HARWELL, III
					NEAL & HARWELL, PLC
					Suite 2000, One Nashville Place
					150 4th Avenue North
					Nashville, TN  37219-2498
					Telephone:	(615) 244-1713
					Facsimile:	(615) 726-0573

					MARK A. SAMUELS (*pro hac vice*)
					ROBERT M. SCHWARTZ (*pro hac vice*)
					WILLIAM J. CHARRON (*pro hac vice*)
					O'MELVENY & MYERS LLP
					400 South Hope Street
					Los Angeles, CA  90071-2899
					Telephone:	(213) 430-6000
					Facsimile:	(213) 430-6407

					*Attorneys for Defendants Harmonix Music Systems, Inc., Viacom International Inc. (erroneously named herein as "MTV Networks"), and Electronic Arts, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May 2008, I caused a true and correct copy of the foregoing:

**NOTICE OF CONFERENCE CALL INFORMATION**

to be served via the Court's electronic filing system upon the following counsel of record:

Samuel D. Lipshie
Thor Y. Urness
Jonathan D. Rose
BOULT CUMMINGS CONNERS BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN  37203
Telephone:  (615) 252-2332
*Counsel for Defendants Wal-Mart Stores Inc., Sears Roebuck & Co., Target Corporation, Kmart Corporation, Amazon.com, Inc., GameStop Corporation, Toys-R-Us, Inc.*

Douglas R. Pierce, Esq.
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN  37201
Telephone:  (615) 259-3456
Facsimile:   (615) 726-5419

Matthew W. Siegal, Esq.
Richard Eskew, Esq.
Jason M. Sobel, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone:  (212) 806-5400
*Counsel for Plaintiff Gibson Guitar Corporation*

    /s/ Aubrey B. Harwell, III
    Aubrey B. Harwell, III