# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., GAMESTOP CORPORATION, TOYS-R-US INC., WAL-MART STORES, INC., TARGET CORPORATION, KMART CORPORATION, SEARS, ROEBUCK & CO, HARMONIX MUSIC SYSTEMS, INC., MTV, and ELECTRONIC ARTS INC.,<br><br>Defendants. | **Civil Action No. 3:08-0279**<br><br>United States District Judge<br>Thomas A. Wiseman, Jr.<br><br>United States Magistrate Judge<br>Juliet Griffin<br><br>**Jury Demand** |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS HARMONIX MUSIC SYSTEMS, INC., VIACOM INTERNATIONAL INC. (ERRONEOUSLY NAMED IN THE COMPLAINT AS "MTV NETWORKS"), AND ELECTRONIC ARTS INC.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule

7.02, Harmonix Music Systems, Inc., Viacom International Inc., and Electronic Arts Inc.

certify as follows:

1. Harmonix Music Systems, Inc. is a wholly-owned subsidiary of Viacom International Inc.;

2. Viacom International Inc. is a wholly-owned subsidiary of Viacom Inc.;

3. Viacom Inc. is a publicly-held company with no parent corporation;

4. No publicly-held company owns 10% or more of Viacom Inc.'s stock;

5. Electronic Arts Inc. is a publicly-held company with no parent corporation; and

6. No publicly-held company owns 10% or more of Electronic Arts Inc.'s stock.

Dated: May 14, 2008                     Respectfully submitted,


By: /s/ Aubrey B. Harwell, III
        Aubrey B. Harwell, III


WILLIAM T. RAMSEY
AUBREY B. HARWELL, III
NEAL & HARWELL, PLC
Suite 2000, One Nashville Place
150 4th Avenue North
Nashville, TN 37219-2498
Telephone:  (615) 244-1713
Facsimile:  (615) 726-0573


MARK A. SAMUELS (*pro hac vice*)
ROBERT M. SCHWARTZ (*pro hac vice*)
WILLIAM J. CHARRON (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407


*Attorneys for Defendants Harmonix Music Systems, Inc., Viacom International Inc. (erroneously named in the Complaint as "MTV Networks"), and Electronic Arts Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May 2008, I caused a true and correct copy of the foregoing:

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS HARMONIX MUSIC SYSTEMS, INC., VIACOM INTERNATIONAL INC. (ERRONEOUSLY NAMED IN THE COMPLAINT AS "MTV NETWORKS"), AND ELECTRONIC ARTS INC.**

to be served via the Court's electronic filing system upon the following counsel of record:

Samuel D. Lipshie
Thor Y. Urness
Jonathan D. Rose
BOULT CUMMINGS CONNERS
BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN  37203
Telephone:  (615) 252-2332
*Counsel for Defendants Wal-Mart Stores, Inc., Sears, Roebuck & Co., Target Corporation, Kmart Corporation, Amazon.com, Inc., GameStop Corporation, and Toys-R-Us, Inc.*

Douglas R. Pierce, Esq.
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN  37201
Telephone:  (615) 259-3456
Facsimile:   (615) 726-5419

Matthew W. Siegal, Esq.
Richard Eskew, Esq.
Jason M. Sobel, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone:  (212) 806-5400
*Counsel for Plaintiff Gibson Guitar Corporation*

　　　　/s/ Aubrey B. Harwell, III
　　　　　Aubrey B. Harwell, III