# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, J. Michael McMahon, Clerk of this Court, certify that

_____ JAMES   MICHAEL   GLASS _____, Bar #_____JG7049_____

was duly admitted to practice in this Court on

___AUGUST 3rd, 1999___, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York      on      MAY 13th, 2008

          J. Michael McMahon      by   _____
                Clerk                         Deputy Clerk

Dockets.Justia.