## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **Gibson Guitar Corporation** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 3:08-0279 |
| **Wal-Mart Stores Inc., Target Corporation,** ) | |
| **Kmart Corporation, Sears Roebuck & Co.,** ) | **Judge Wiseman** |
| **Amazon.com, Inc., GameStop Corporation,** ) | |
| **Toys-R-Us, Inc., Harmonix Music Systems,** ) | **Magistrate Judge Griffin** |
| **Inc., MTV (a division of Viacom** ) | |
| **International, Inc.), and Electronic Arts,** ) | |
| **Inc.** ) | |
| ) | |
| **Defendants.** ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*
### OF EDWARD J. DeFRANCO, ESQ.

Defendants Wal-Mart Stores Inc., Target Corporation, Kmart Corporation, Sears Roebuck & Co., Amazon.com, Inc., GameStop Corporation and Toys-R-Us, Inc. ("the Retailer Defendants"), by and through undersigned counsel, pursuant to Local Rule 1(d), hereby moves for the admission *pro hac vice* of Edward J. DeFranco as counsel for the Retailer Defendants. Mr. DeFranco is a partner with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010. He is not a resident of this district, nor does he have an office in this district for the practice of law. Attached hereto is a proposed Order admitting Mr. DeFranco to appear in this case *pro hac vice*.

Respectfully submitted,

/s/Samuel D. Lipshie
Samuel D. Lipshie (No. 9538)
Thor Y. Urness (No. 13641)
Jonathan D. Rose (No. 20967)
BOULT CUMMINGS CONNERS BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
Telephone: (615) 252-2340
Facsimile: (615) 252-6380

OF COUNSEL:

Edward J. DeFranco
James M. Glass
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 443-7100

Harry A. Olivar, Jr.
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
865 Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to:

Douglas R. Pierce
King & Ballow
315 Union Street, Suite 1100
Nashville, TN 37210

Matthew W. Siegal
Richard Eskew
Jason M. Sobel
Stroock & Stroock & Lavan LLP
180 Maden Lane
New York, NY 10038-4982

William Taylor Ramsey
Aubrey B. Harwell, III
Neal & Harwell
150 Fourth Avenue, North
2000 First Union Tower
Nashville, TN 37210-2498

Mark A. Samuels
Robert M. Schwartz
William J. Charron
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

on this the 14th day of May, 2008.

                                                s/Samuel D. Lipshie
                                                Samuel D. Lipshie