# United States District Court
## Southern District of New York

### Certificate of
### Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

EDWARD   JOHN   DeFRANCO , Bar # ED6524

was duly admitted to practice in this Court on

JANUARY  19th,  1988 , and is in good standing

as a member of the Bar of this Court.

Dated at
500 Pearl Street
New York, New York         on         MAY  13th,  2008

J. Michael McMahon     by _____
Clerk                                       Deputy Clerk

Dockets.Justia.