```
Court Name: U S District Court, MD/TN
Division: 3
Receipt Number: 34675002578
Cashier ID: ehawkins
Transaction Date: 05/14/2008
Payer Name: BOULT CUMMINGS CONNERS
----------------------------------
PRO HOC VICE
 For: EDWARD DEFRANCO
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
PRO HOC VICE
 For: JAMES GLASS
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
----------------------------------
CHECK
 Check/Money Order Num: 127670
 Amt Tendered:   $150.00
----------------------------------
Total Due:       $150.00
Total Tendered:  $150.00
Change Amt:      $0.00

3:08-0279
```