IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GIBSON GUITAR CORPORATION | ) | |
| | ) | |
| v. | ) | No. 3-08-0279 |
| | ) | |
| WAL-MART STORES INC.; TARGET CORPORATION; KMART CORPORATION; SEARS, ROEBUCK & CO.; AMAZON.COM,INC.; GAMESTOP CORPORATION; TOYS-R-US, INC.; HARMONIX MUSIC SYSTEMS, INC.; VIACOM INTERNATIONAL INC.; and ELECTRONIC ARTS, INC. | ) ) ) ) ) ) ) ) ) | |

O R D E R

The motions for admission pro hac vice of James M. Glass and Edward J. DeFranco (Docket Entry Nos. 65 and 67) are GRANTED.

James M. Glass and Edward J. DeFranco shall be permitted to practice in this case on behalf of defendants Wal-Mart Stores Inc., Target Corporation, Kmart Corporation, Sears, Roebuck & Co., Amazon.com, Inc., GameStop Corporation and Toys-R-Us.

The Clerk is directed to enter James M. Glass and Edward J. DeFranco as counsel for defendants Wal-Mart Stores Inc., Target Corporation, Kmart Corporation, Sears, Roebuck & Co., Amazon.com, Inc., GameStop Corporation and Toys-R-Us at: Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010 (telephone 212-849-7000).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge