# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORP., | ) |
|     PLAINTIFF, | ) ) ) **Civil Action No. 3:08-0279** |
| v. | ) ) Judge Thomas A. Wiseman, Jr. |
| WAL-MART STORES INC., TARGET CORPORATION, KMART CORPORATION, SEARS, ROEBUCK & CO., AMAZON.COM, INC., GAMESTOP CORP., TOYS-R-US, INC., HARMONIX MUSIC SYSTEMS, INC., MTV (A DIVISION OF VIACOM INTERNATIONAL, INC.), AND ELECTRONIC ARTS, INC., | ) Magistrate Judge Juliet Griffin ) ) ) ) ) ) ) ) |
|     DEFENDANTS. | ) |

---

## MOTION FOR LEAVE TO FILE UNDER SEAL
---

Plaintiff Gibson Guitar Corp. ("Gibson") respectfully requests leave from the Court to file under seal the following documents, each of which is being filed contemporaneously herewith as a "Sealed Document" pursuant to Administrative Order No. 167, Section 5.07:

1) Gibson's Opposition to Defendants' Joint Motion to Dismiss or, in the Alternative, to Stay This Action in Favor of a First-Filed Action in the Central District of California ("Opposition to the Joint Motion to Dismiss or Stay"); and

2) The Declaration of Richard Eskew in Support of Gibson's Opposition to the Joint Motion to Dismiss or Stay.

Gibson Guitar requests that their Joint Motion to Dismiss or Stay (and papers filed in support thereof) be filed under seal for the following reasons:

NY 71485473

1) Gibson and Activision Publishing, Inc. are parties to an agreement that includes a confidentiality provision (the "Agreement"). The confidentiality provision of the Agreement prohibits, *inter alia*, public disclosure or use of the terms of the Agreement, as well as public disclosure of the parties relationship related to the Agreement. *See* Glass Decl. Ex. B, Agreement §5 [D.E. 39].

2) Certain provisions of the Agreement and the parties relationship thereunder are referenced in Gibson's Opposition to the Joint Motion to Dismiss or Stay.

3) To comply with the confidentiality provision of the Agreement, Gibson hereby respectfully requests leave from the Court to file under seal the unredacted version of its Opposition to the Joint Motion to Dismiss or Stay as well as certain declarations and exhibits in support thereof.

Gibson further requests that should the Court grant this motion to seal, its Opposition to the Joint Motion to Dismiss or Stay be deemed filed as of May 21, 2008.

WHEREFORE, Gibson respectfully requests that the Court grant this Motion for Leave to File Under Seal. A proposed order granting this motion is submitted herewith.

Respectfully submitted,

/s Douglas R. Pierce
Douglas R. Pierce, BPR No. 10084
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
(615) 259-3456

STROOCK & STROOCK & LAVAN LLP
Matthew W. Siegal (*pro hac vice*)
Angie M. Hankins (*pro hac vice*)
Richard Eskew (*pro hac vice*)
Jason M. Sobel (*pro hac vice*)
180 Maiden Lane
New York, New York 10038-4982
212-806-5400

2

Attorneys for Plaintiff
Gibson Guitar Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to:

| | |
|---|---|
| Samuel D. Lipshie, No. 009538 | William Taylor Ramsey (No. 9245) |
| BOLT,CUMMINGS,CONNERS & BERRY | Aubrey B. Harwell, III (No. 17394) |
| Roundabout Plaza | NEAL & HARWELL |
| 1600 Division Street, Suite 700 | 150 Fourth Avenue, North |
| Nashville, TN 37203 | 2000 First Union Tower |
| | Nashville, TN 37210 |
| | |
| Mark A Samuels | Edward J. DeFranco |
| Robert M. Schwartz | James Glass |
| William J. Charron | Quinn Emanuel Urquhart Oliver & Hedges, LLP |
| O'Melveny & Myers LLP | 51 Madison Ave, 22nd Floor |
| 400 South Hope Street | New York, NY 10010 |
| Los Angeles, CA 90071-2899 | |

on this the 21st day of May, 2008.

s/ Douglas R. Pierce