# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORP., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) **Civil Action No. 3:08-0279** |
| v. | ) |
| | ) Judge Thomas A. Wiseman, Jr. |
| WAL-MART STORES INC., TARGET | ) Magistrate Judge Juliet Griffin |
| CORPORATION, KMART CORPORATION, | ) |
| SEARS, ROEBUCK & CO., AMAZON.COM, INC., | ) |
| GAMESTOP CORP., TOYS-R-US, INC., HARMONIX | ) |
| MUSIC SYSTEMS, INC., MTV (A DIVISION OF | ) |
| VIACOM INTERNATIONAL, INC.), AND | ) |
| ELECTRONIC ARTS, INC., | ) |
| | ) |
| DEFENDANTS. | ) |

## ORDER GRANTING LEAVE TO FILE UNDER SEAL

This matter is before the Court on the Motion of Plaintiff Gibson Guitar Corp. for Leave to File Under Seal. Upon reviewing the documents filed in support of this motion, the Court finds that Plaintiff's Motion for Leave to File Under Seal is well-taken and should be granted. Accordingly, it is

**ORDERED** that Plaintiff's Motion for Leave to File Under Seal is hereby **GRANTED** and Plaintiff's Opposition to Defendants' Joint Motion to Dismiss or, in the Alternative, to Stay This Action in Favor of a First-Filed Action in the Central District of California ("Opposition to the Joint Motion to Dismiss or Stay"); and the Declaration of Richard Eskew in Support of Gibson's Opposition to the Joint Motion to Dismiss or Stay are deemed filed as of May 21, 2008.

IT IS SO ORDERED this **23rd** day of **May**, 2008.

_____
UNITED STATES DISTRICT JUDGE

NY 71485696