```
Court Name: U S District Court, MD/TN
Division: 3
Receipt Number: 34675002811
Cashier ID: rmillike
Transaction Date: 06/05/2008
Payer Name: BOULT CUMMINGS CONNERS BERRY
----------------------------------------
PRO HOC VICE
 For: HARRY A OLIVAR JR
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
----------------------------------------
CHECK
 Remitter: BOULT CUMMINGS CONNERS BERRY
 Check/Money Order Num: 128214
 Amt Tendered:  $75.00
----------------------------------------
Total Due:      $75.00
Total Tendered: $75.00
Change Amt:     $0.00

BOULT, CUMMINGS, CONNERS & BERRY
PLC/PHV FEE FOR HARRY A. OLIVAR,
JR /3:08CV279/CK# 128214
```