IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GIBSON GUITAR CORPORATION )
                           )
v.                         )   No. 3-08-0279
                           )
WAL-MART STORES INC.; TARGET )
CORPORATION; KMART         )
CORPORATION; SEARS, ROEBUCK & )
CO.; AMAZON.COM,INC.;      )
GAMESTOP CORPORATION;      )
TOYS-R-US, INC.; HARMONIX  )
MUSIC SYSTEMS, INC.; VIACOM )
INTERNATIONAL INC.; and    )
ELECTRONIC ARTS, INC.      )

O R D E R

The motion of defendants Wal-Mart Stores, Inc., Target Corporation, Kmart Corporation, Sears Roebuck & Co., Amazon.com, Inc., GameStop Corporation and Toys-R-Us for admission pro hac vice of Harry A. Olivar, Jr. (Docket Entry No. 78) is GRANTED.

The Clerk is directed to enter Harry A. Olivar, Jr. as counsel for defendants Wal-Mart Stores, Inc., Target Corporation, Kmart Corporation, Sears Roebuck & Co., Amazon.com, Inc., GameStop Corporation and Toys-R-Us at the address of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 S. Figueroa St., 10th Floor, Los Angles, California 90017.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge