**GRANTED.** *[signature: Thomas A. Wiseman Jr.]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **Gibson Guitar Corporation,** | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:08-00279 |
| | ) |
| | ) JURY DEMAND |
| **Wal-Mart Stores, Inc., Target Corporation, Kmart Corporation, Sears, Roebuck & Co., Amazon.com, Inc., GameStop Corporation, Toys-R-Us, Inc., Harmonix Music Systems, Inc., Viacom International, Inc., and Electronic Arts, Inc.** | ) Judge Wiseman |
| | ) Magistrate Judge Griffin |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants Wal-Mart Stores, Inc., Target Corporation, Kmart Corporation, Sears, Roebuck & Co., Amazon.com, Inc., GameStop Corporation, and Toys-R-Us, Inc. (collectively, the "Retailer Defendants") jointly and respectfully request leave from the Court to file under seal the following documents, each of which is being filed contemporaneously herewith as a "Sealed Document" pursuant to Administrative Order No. 167, Section 5.07:

1) The Retailer Defendants' Reply In Support Of Their Joint Motion to Dismiss or, in the Alternative, to Stay This Action in Favor of a First-Filed Action in the Central District of California; and

2) The Supplemental Declaration Of James M. Glass In Support Of The Retailer Defendants' Joint Motion to Dismiss or, in the Alternative, to

61221/2525469.1