IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GIBSON GUITAR CORPORATION        )
                                 )
v.                               )        No. 3-08-0279
                                 )
WAL-MART STORES INC.; TARGET     )
CORPORATION; KMART               )
CORPORATION; SEARS, ROEBUCK &    )
CO.; AMAZON.COM,INC.;            )
GAMESTOP CORPORATION;            )
TOYS-R-US,  INC.; HARMONIX       )
MUSIC SYSTEMS, INC.; VIACOM      )
INTERNATIONAL INC.; and          )
ELECTRONIC ARTS, INC.            )

O R D E R

The parties' joint stipulation to stay proceedings and to continue status conference (Docket

Entry No. 132) is deemed to be a joint motion to stay proceedings and to continue the case

management conference, scheduled by order entered December 14, 2009 (Docket Entry No. 131),

and, as such, the motion is GRANTED.

The stay of proceedings is REINSTATED and the proceedings in this case shall be STAYED

through March 31, 2010.[1]  However, the parties shall continue settlement discussions and engage

in any mutually agreeable activities that could make such discussions more productive.

The January 6, 2010, case management conference is CANCELLED, and will be rescheduled

by further order as provided below.

By April 7, 2010, the parties shall file a joint statement advising whether or not a settlement

has been reached and, if so, whether it is a settlement of all claims in this case, and when an agreed

order or stipulation of dismissal will be filed, and if not, whether they believe any potential for

---

[1] All proceedings in this case were stayed by order entered August 8, 2008 (Docket Entry No. 97).  Upon the defendants' motion to lift the stay (Docket Entry No. 125), and the plaintiff's agreement, see Docket Entry No. 130, the stay was lifted by order entered December 14, 2009 (Docket Entry No. 131).

settlement remains, and whether the parties want to participate in a settlement conference or other form of ADR.

If a settlement has not been reached and the parties want to participate in a settlement conference, a telephone conference call with counsel for the parties and the Court will be scheduled to address scheduling a settlement conference. If a settlement has not been reached and the parties do not want to participate in a settlement conference, the case management conference will be rescheduled to address the remaining progression of the case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge