IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GIBSON GUITAR CORPORATION | ) | |
| | ) | |
| v. | ) | No. 3-08-0279 |
| | ) | |
| WAL-MART STORES INC.; TARGET CORPORATION; KMART CORPORATION; SEARS, ROEBUCK & CO.; AMAZON.COM,INC.; GAMESTOP CORPORATION; TOYS-R-US, INC.; HARMONIX MUSIC SYSTEMS, INC.; VIACOM INTERNATIONAL INC.; and ELECTRONIC ARTS, INC.[1] | ) ) ) ) ) ) ) ) ) | |

O R D E R

The parties' joint stipulation to stay proceedings and to continue status conference (Docket Entry No. 134) is deemed to a be a joint motion to continue the stay, and, as such is GRANTED.

Although the parties styled the stipulation to include an agreement to continue a status conference, there is no status conference scheduled to be continued.

Proceedings in this case shall be stayed until April 30, 2010, to allow the parties additional time to attempt to resolve this case.

By May 7, 2010, the parties shall file a joint status report, indicating whether they have reached a settlement in this case and, if so, whether such settlement resolves all claims by all parties in the case, and, if not, what claims are resolved and what claims remain pending, and when an agreed order or stipulation of dismissal of such claims will be filed.

Counsel for the parties shall convene a telephone conference call with the Court on **Friday, May 14, 2010, at 3:00 p.m.,** to be initiated by counsel for plaintiff, to address further proceedings in this case. If, in the parties' May 7, 2010, status report, they indicate that a settlement of all claims

---

[1] By order entered May 14, 2008 (Docket Entry No. 69), Viacom International Inc. was substituted for defendant MTV Networks, and MTV Networks was terminated as a defendant.

by all parties in this case has been reached and indicate when they will file an agreed order or stipulation of dismissal of all claims in this case, the May 14, 2010, conference call will be cancelled. Otherwise, it will be held as scheduled.

    It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge