# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORP., <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES INC.; TARGET CORPORATION; KMART CORPORATION; SEARS, ROEBUCK & CO.; AMAZON.COM, INC.; GAMESTOP CORPORATION; TOYS-R-US, INC.; HARMONIX MUSIC SYSTEMS, INC.; VIACOM INTERNATIONAL, INC.; and ELECTRONIC ARTS, INC., <br><br> Defendants. | Civil Action No. 3:08-0279 <br><br> United States District Judge Thomas A. Wiseman, Jr. <br><br> **Jury Demand** |

**ORDER OF DISMISSAL OF CASE BY STIPULATION**

Based on the stipulation of the parties, filed herewith, and for good cause shown, it is hereby ordered as follows:

1. The claims of Gibson shall be and hereby are dismissed with prejudice;

2. The counterclaims of the Viacom Parties shall be and hereby are dismissed as moot;

3. All parties shall bear their own attorneys' fees and costs.

DATED: June 11, 2010.

_____
Hon. Thomas A. Wiseman, Jr.
United States District Judge